B 1 (Official Form) 1 (1/08)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF NEW YORK | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>EnviroSolutions of New York, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>20-4137737 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>11220 Asset Loop, Suite 201<br>Manassas, VA                ZIP CODE 20109 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Prince William County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>See Attachment A                                                                                                            ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check Box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

-----
**Check all applicable boxes:**
- [x] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information***

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors*

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 1000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets*

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

Estimated Liabilities*

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

*All financial information contained herein is reported on a consolidated basis with the Debtors' affiliates.

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): EnviroSolutions of New York, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cased Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor See Attachment A | Case Number: Pending | Date Filed: Hereof |
| District: Southern District of New York | Relationship: Affiliate | Judge: Pending |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a party of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): EnviroSolutions of New York, LLC |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>    Signature of Debtor<br><br>X _____<br>    Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐   Pursuant to 112 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>    (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X *[signature]*<br>John Longmire, Esq.<br>(A Member of the Firm)<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099<br>(212) 728-8000<br><br>March 10, 2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules in incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>_____<br>_____<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>Marc L. Bourhis<br>Printed Name of Authorized Individual<br>Vice President<br>Title of Authorized Individual<br>March 10, 2010<br>Date | |

# ATTACHMENT A

1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor:**

Concurrently herewith, each of the affiliated entities listed below (collectively, the "**Affiliated Debtors**") filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330.

>    9304 D'Arcy, LLC
>    Advanced Enterprises Recycling, Inc.
>    Ameriwaste, LLC
>    Ashland Investments, LLC
>    Big Run Coal and Clay Company, Inc.
>    BR Landfill, LLC
>    BR Property Holdings, Inc.
>    Capels Landfill, LLC
>    Curtis Creek Recovery Systems, Inc.
>    Doremus Ave Recycling and Transfer, LLC
>    EnviroSolutions Holdings, Inc.
>    EnviroSolutions Leasing, LLC
>    EnviroSolutions Logistics, LLC
>    EnviroSolutions Real Property Holdings, Inc.
>    EnviroSolutions, Inc.
>    ETW, LLC
>    Furnace Associates, Inc.
>    Potomac Disposal Services of Virginia, LLC
>    Potomac Disposal Services of Virginia Real Property Holdings, LLC
>    River Cities Disposal, LLC
>    Solid Waste Transfer and Recycling, Inc.
>    STI Roll-Off, LLC

Contemporaneously with the filing of their voluntary petitions, the Affiliated Debtors filed a motion requesting that this Court consolidate their chapter 11 cases for procedural purposes only.

2. **Location of Principal Assets of the Debtor:**

>    Bank of America
>    1 Bryant Park
>    New York, NY 10036

# SECRETARY'S CERTIFICATE OF
# RESOLUTIONS OF THE BOARD
of each entity set forth on <u>Schedule I</u> attached hereto

I, Charles B. Fromm, the undersigned Secretary of each entity listed on <u>Schedule I</u> hereto (each entity, a "<u>Company</u>") hereby certify that, on March 9, 2010, the following resolutions were duly adopted by the applicable Board of Directors, Sole Member or equivalent body, as the case may be and in the case of Curtis Creek Recovery Systems, Inc., EnviroSolutions, Inc. in its capacity as the sole stockholder (collectively, the "<u>Board</u>"), and recorded in the minute book of each Company, and that they have not been amended, modified or rescinded and, accordingly, are in full force and effect as of the date hereof.

**WHEREAS**, as a result of the financial condition of the Company, the Board has engaged counsel, restructuring advisors and financial advisors to provide advice to the Company regarding its obligations to its creditors, equity holders, employees and other interested parties;

**WHEREAS**, the Board has reviewed and considered, among other things, the advice of its counsel, restructuring advisors and financial advisors and has considered the options available to the Company, and has determined that, in its judgment, it is advisable and in the best interests of the Company, its creditors, equity holders, employees and other interested parties that the Company voluntarily file petitions (collectively, the "<u>Petition</u>") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"); and

**WHEREAS**, after consultation with its counsel, financial advisors and consultants, the Board believes that it is advisable and in the best interests of the Company to enter into and obtain loans pursuant to, and consummate the transactions contemplated by, the Senior Secured, Super-Priority Debtor-In-Possession Credit Agreement (the "<u>Loan Agreement</u>"), to be entered into among EnviroSolutions Real Property Holdings, Inc. and its subsidiaries, as borrowers, EnviroSolutions Holdings, Inc. and each of its direct and indirect existing and future domestic subsidiaries (other than EnviroSolutions Real Property Holdings, Inc. and its subsidiaries), as guarantors, the lenders from time to time party thereto, Deutsche Bank Trust Company Americas, as administrative agent, and the other agents from time to time party thereto, substantially on the terms described in an exhibit to the Plan Support Agreement (the Loan Agreement and all documents contemplated thereby or related thereto being referred to herein collectively as the "<u>Loan Documents</u>").

**NOW THEREFORE**, it is hereby:

**RESOLVED**, that the filing by the Company of the Petition, in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>"), substantially in the form previously presented to the Board is hereby approved, confirmed and adopted; and it is further

**RESOLVED**, that each of the officers of the Company, including any president, vice president, chief executive officer, chief financial officer, secretary or assistant secretary (each of the foregoing, individually, an "<u>Authorized Officer</u>" and, together, the "<u>Authorized Officers</u>") be and they hereby are authorized, empowered and directed to execute and file the

Petition on behalf of the Company in order to seek relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and it is further

  **RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings, affidavits and other papers as required to accompany the Petition or seek entry of first day orders, and, in connection therewith, to employ and retain assistance of legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that they deem necessary, proper or desirable in connection with, or in furtherance of, the Petition or the Company's chapter 11 cases, with a view to the successful prosecution of such cases; and it is further

  **RESOLVED,** that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name of the Company, to cause the Company to, as applicable, enter into, and to execute and deliver and take all actions necessary, proper or desirable to consummate the transactions contemplated by, (i) that certain Restructuring Support Agreement, to be entered into between EnviroSolutions, Inc., ESI, EnviroSolutions Holdings, Inc. substantially in the form previously presented to the Board (the "<u>Plan Support Agreement</u>"), (ii) that certain Joint Chapter 11 Plan of Reorganization for EnviroSolutions of New York, LLC and its affiliated debtors, substantially in the form previously presented to the Board and containing terms that are consistent in all material respects with the terms set forth with respect thereto in an annex to the Plan Support Agreement (the "<u>Plan</u>"), and (iii) the Disclosure Statement with respect to the Plan of Reorganization, substantially in the form previously presented to the Board (the "<u>Disclosure Statement</u>"), and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, pledge agreements, and all other documents, agreements, or instruments as may be deemed necessary or appropriate by the Authorized Officers or otherwise described in or contemplated by the Plan Support Agreement, provided in each case that the foregoing are consistent in all material respects with the terms set forth in the Plan Support Agreement;

  **RESOLVED**, that the Company is authorized to employ the law firm of Willkie Farr & Gallagher LLP, located at 787 Seventh Avenue, New York, New York 10019, as counsel to render legal services to, and to represent, the Company in its chapter 11 cases and in any and all related proceedings, subject to Bankruptcy Court approval; and it is further

  **RESOLVED**, that the Company is authorized to employ Barclays Capital, located at 745 Seventh Avenue, New York, New York 10020, as financial advisors for the Company in its chapter 11 cases, subject to Bankruptcy Court approval; and it is further

  **RESOLVED**, that the Company is authorized to employ Alvarez and Marsal North America, LLC, located at 600 Lexington Avenue, New York, New York 10022, as restructuring advisors for the Company in its chapter 11 cases, subject to Bankruptcy Court approval; and it is further

  **RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed to retain on behalf of the Company such other professionals

as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company in connection with its chapter 11 case and with respect to other related matters in connection therewith, subject to Bankruptcy Court approval, if required; and it is further

**RESOLVED**, that the Loan Documents on the terms described in the Plan Support Agreement and the exhibits thereto, and the transactions contemplated by the Loan Documents, be, and they hereby are, adopted and approved in all respects, and the Authorized Officers be, and they hereby are, empowered and authorized to negotiate the definitive Loan Documents containing terms and conditions that are consistent in all material respects with the terms thereof that are contemplate by the Plan Support Agreement and the exhibits thereto; and it is further

**RESOLVED**, that the execution, delivery and performance by the Company of the Loan Documents containing terms and conditions that are consistent in all material respects with those set forth in the Plan Support Agreement and the exhibits thereto, and the exercise of any and all remedies by or on behalf of the Lenders permitted pursuant to the terms and conditions of the Loan Documents be, and hereby are, expressly authorized and approved, and such approval is intended to and shall constitute all authorization and approval required by the Board; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized to execute and deliver, in the name of and on behalf of the Company, the Loan Documents containing terms and conditions that are consistent in all material respects with those set forth in the Plan Support Agreement and the exhibits thereto and any UCC-1 financing statements and other instruments, stock powers, documents, certificates, consents, assignments, notices and agreements contemplated thereby or executed and delivered in connection therewith with such changes, additions, modifications, and terms as the Authorized Officers executing the Loan Documents or any other instrument, document, certificate, consent, assignment, notice and agreement shall approve, with such Authorized Officer's execution thereof to be deemed conclusive evidence of such approval; and it is further

**RESOLVED**, that each of the Authorized Officers is authorized to make, execute, file and deliver any and all consents, certificates, documents, instruments, amendments, papers or writings as may be required in connection with or in furtherance of the foregoing, and to do any and all other acts necessary or desirable to effectuate the foregoing resolutions, the execution and delivery thereof by such Authorized Officer(s) to be deemed conclusive evidence of the approval by the Company of the terms, provisions and conditions thereof; and it is further

**RESOLVED**, that each of the Authorized Officers be and they hereby are authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, including, without limitation, the payment of fees, costs and expenses (subject to Bankruptcy Court approval where necessary or appropriate), as in the judgment of such Authorized Officer shall be

or become necessary, proper, and desirable to effectuate a successful reorganization of the Company's business; and it is further

**RESOLVED**, that any and all past actions heretofore lawfully taken by officers, directors, members or any authorized persons acting under similar authority, as the case may be, of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions are hereby ratified, confirmed and approved; and it is further

**RESOLVED**, that the Secretary of the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board were duly consented to and adopted as of the date hereof, and that the Secretary of the Company is hereby authorized and directed to insert, or cause to be inserted, this Secretary's Certificate of Resolutions of the Board, or a copy thereof, in the minutes of proceedings of the Board.

[Signature appears on next page]

IN WITNESS WHEREOF, the undersigned has executed this Secretary's Certificate of Resolutions of the Board as of the 9th day of March, 2010.

                By: /s/ Charles B. Fromm
                Name: Charles B. Fromm
                Title: Secretary

## Schedule I

9304 D'Arcy, LLC
Advanced Enterprises Recycling Inc.
Ameriwaste, LLC
Ashland Investments, LLC
Big Run Coal and Clay Company, Inc.
BR Landfill, LLC
BR Property Holdings, Inc.
Capels Landfill, LLC
Curtis Creek Recovery Systems, Inc.
Doremus Ave Recycling and Transfer, L.L.C.
EnviroSolutions Holdings, Inc.
EnviroSolutions Leasing, LLC
EnviroSolutions Logistics, LLC
EnviroSolutions of New York, LLC
EnviroSolutions Real Property Holdings, Inc.
EnviroSolutions, Inc.
ETW, LLC
Furnace Associates, Inc.
Potomac Disposal Services of Virginia, LLC
Potomac Disposal Services of Virginia Real Property Holdings, LLC
River Cities Disposal, LLC
Solid Waste Transfer and Recycling, Inc.
STI Roll Off, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                             :    Chapter 11
                                                  :
EnviroSolutions of New York, LLC, et al.,         :    Case No. 10-_____ (     )
                                                  :
                    Debtors.                      :    Joint Administration Pending
-------------------------------------------------------x

# CONSOLIDATED LIST OF CREDITORS
# HOLDING THE 50 LARGEST UNSECURED CLAIMS

Following is the list of creditors holding the fifty largest unsecured claims.[1] The list has been prepared on a consolidated basis, based upon the consolidated books and records of EnviroSolutions of New York, LLC and its affiliates (collectively, the "**Debtors**"). On the date hereof, such affiliates also commenced chapter 11 cases in this Court.

Except as set forth above, the list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who are "insiders" as defined in 11 U.S.C. § 101, or (2) secured creditors with claims that exceed the value of their collateral.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 3/9/2010[2] | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| U.S. Bank National Association Indenture Trustee EP-MN-WS3C 60 Livingston Avenue St. Paul, MN 55107 | P: 651-495-3802 raymond.haverstock@usbank.com Ray Haverstock | Unsecured Subordinated Note | $41,663,152 | |
| The NorthWestern Mutual Life Insurance Company Noteholder 720 East Wisconsin Avenue Milwaukee, WI 53202-4797 | P: 414-665-3377 Michael Treptow | | | |

---

[1]   The information herein shall not constitute an admission of liability by, nor is it binding on, any of the Debtors.

[2]   These claim amounts represent maximum potential liabilities. Any actual amounts owed may be significantly lower.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 3/9/2010[2] | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| Mr. Harold Martin<br>296 South Street<br>Newark, NJ 07114 | P: 973-344-0312<br>Harold Martin | Seller Deferred Compensation | $5,170,000 | Contingent |
| McDowell County Economic Development Authority<br>92 McDowell Street, Suite 100<br>Welch, WV 24801<br><br>or<br><br>McDowell County Waste Authority<br>36 Elkhorn Street<br>Welch, WV 24801 | P: 304-436-3833<br>F: 304-436-6041<br>mcdeda@citlink.net<br><br><br><br><br><br>P: 304-436-6608<br>F: 304-436-2054<br>Ms. Patricia Blevins | Seller Deferred Compensation | $3,000,000 | Contingent |
| W. Todd Skaggs<br>1726 Beverly Boulevard<br>Ashland, KY 41101<br><br>- and -<br><br>Andrew Skaggs<br>1601 Lawrence Avenue<br>Ashland, KY 41102<br><br>- and -<br><br>James Galante<br>10 Weldon Woods Road<br>New Fairfield, CT 06812 | P: 606-923-8633<br>W. Todd Skaggs | Seller Deferred Compensation | $3,000,000 | Contingent |
| PNC Bank<br>P.O. Box 535239<br>Pittsburgh, PA 15253-5239 | P: 614-463-8052<br>Sandie De Long | Line of Credit | $2,500,000 | |
| CSX Transportation<br>P.O. Box 640839<br>Pittsburgh, PA 15264-0839 | P: 904-279-5128<br>F: 904-279-4025 | Service Provider | $406,550 | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 3/9/2010[2] | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| Liberty Waste Transportation LLC<br>15 Polhemus Lane<br>Bridgewater, NJ 08807 | P: 973-344-2200 | Hauler | $210,280 | |
| Wills Trucking Company<br>3517 Embassy Parkway<br>Akron, OH 44333 | P: 330-659-9381 | Hauler | $181,497 | |
| FAES Amadeo Farell S.A.U.<br>P.O. Box 125<br>Castellar del Valles, Spain 08211 | P: 34 93 714 32 10 | Parts Supplier | $181,389 | |
| Covanta Energy<br>5301 Eisenhower Avenue<br>Alexandria, VA 22304 | P: 703-370-7722 | Disposal Facility | $145,000 | |
| English Paving Co.<br>1087 Edgewater Avenue<br>Ridgefield, NJ 07657 | P: 973-928-2500<br>F: 973-928-2501<br>Drew Lillis | Contractor | $112,027 | Disputed |
| Drew Transport Services LLC<br>2648 West 50th Street<br>Chicago, IL 60632 | P: 773-476-9472 | Hauler | $92,088 | |
| Fairfax County Disposal<br>12000 Govt Center Parkway, Suite 458<br>Fairfax, VA 22035-0059 | P: 703-690-1338 | Disposal Facility | $92,000 | |
| Pollution Control Financing Authority of Warren County<br>500 Mount Pisgah Avenue<br>Oxford, NJ 07863 | P: 908-453-2174 | Disposal Facility | $66,909 | |
| King & Queen<br>P.O. Box 2490<br>Dallas, TX 75284-2139 | P: 804-222-7070 | Disposal Facility | $64,733 | |
| Holtzman Propane<br>5534 Main Street<br>Mt Jackson, VA 22842 | P: 540-477-3131<br>F: 540-477-3094<br>Darren Swartz | Fuel | $50,000 | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 3/9/2010[2] | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| Berry Plastics Corporation<br>2199 Momentum Place<br>Chicago, IL 60689-5321 | P: 812-424-2904<br>F: 812-463-7739 | Trade Vendor | $50,000 | |
| Shoosmith Construction, Inc.<br>11800 Lewis Road<br>Chester, VA 23831 | P: 804-748-3311<br>F: 804-778-4521 | Disposal Facility | $45,000 | |
| Loudoun Composting<br>44150 Wade Drive<br>Chantilly, VA 20152 | P: 703-327-8428<br>F: 703-327-0649 | Disposal Facility | $41,427 | |
| Recycle 1 C&D Processing, Inc.<br>4700-B Lawrence Street<br>Hyattsville, MD 20781 | P: 301-779-3170<br>F: 301-779-3172 | Disposal Facility | $41,000 | |
| Northeast Environmental Transportation<br>326 South Church Street<br>Hazelton, PA 18201 | P: 570-459-2301<br>F: 570-459-2302 | Hauler | $38,171 | |
| SSI Shredding System, Inc.<br>9760 SW Freeman Drive<br>Wilsonville, OR 97070-9286 | P: 503-682-3633 ext. 492<br>F: 503-682-1704 | Parts Supplier | $37,106 | |
| Federal IPC LLC<br>P.O. Box 90565<br>Washington, DC 20090-0565 | P: 202-832-7066<br>F: 202-832-7812 | Disposal Facility | $35,000 | |
| PSE&G Co.<br>P.O. Box 14106<br>New Brunswick, NJ 08906-4106 | P: 800-436-7736 | Utility | $32,286 | |
| Dun & Bradstreet<br>5800 Airport Boulevard<br>Austin, TX 78752-4204 | P: 800-234-3867 | Credit Agency | $31,464 | |
| Anne Arundel County Department of Public Works<br>2662 Riva Road<br>MS-7406<br>Annapolis, MD 21401 | P: 410-222-7620<br>F: 410-222-7624 | Host Community Fee | $30,000 | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 3/9/2010[2] | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| The Huntington Sanitary Board<br>P.O. Box 7098<br>Huntington, WV 25775-7098 | P: 304-696-5917<br>F: 304-696-5596 | Leachate Disposal | $29,620 | |
| Alban Tractor Co., Inc.<br>P.O. Box 64251<br>Baltimore, MD 21264 | P: 410-686-7777 | Parts Supplier | $29,157 | |
| Quarles Fuel Network<br>1701 Fall Hill Avenue, Suite 300<br>Fredericksburg, VA 22401 | P: 540-371-3919 | Fuel | $27,500 | |
| Rodgers Brothers Service, Inc.<br>2230 Lawrence Avenue, NE<br>Washington, DC 20018 | P: 202-526-0030<br>F: 202-269-4308<br>Lorraine | Disposal Facility | $22,500 | |
| Woodford Oil Co.<br>13th Street & Livingston Avenue<br>Elkins, WV 26241 | P: 800-927-3688<br>F: 304-636-4351 | Fuel | $20,000 | |
| Lehigh Valley Erector Inc.<br>6813 Chrisphalt Drive<br>Bath, PA 18014 | P: 610-837-7000<br>F: 610-837-6999 | Contractor | $18,440 | |
| Potomac Mack Sales & Service Inc.<br>3371 Kenilworth Avenue<br>Hyattsville, MD 20781 | P: 301-864-2000 | Parts Supplier | $17,805 | |
| Boyd County Fiscal Court<br>P.O. Box 423<br>Catlettsburg, KY 41129 | P: 606-739-0164<br>F: 606-739-5446 | Host Community Fee | $17,000 | |
| Brown Station Road Landfill<br>11611 White House Road<br>Upper Marlboro, MD 20774 | P: 301-952-7620 | Disposal Facility | $16,000 | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 3/9/2010[2] | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| ISCO Industries, LLC<br>1974 Solutions Center<br>Chicago, IL 60677-1009 | P: 800-345-4126<br>F: 502-584-9713 | Contractor | $15,963 | |
| William Vukoder<br>36 Brentwood Road<br>Boothwyn, PA 19061 | P: 610-485-5074 | Consultant | $15,000 | |
| Rumpke<br>P.O. Box 538708<br>Cincinnati, OH 45253 | P: 800-828-8171 | Hauler | $14,360 | |
| Wilkosz, LLC<br>P.O. Box 990<br>Falls Church, VA 22040 | P: 804-834-1050<br>F: 804-834-5051 | Hauler | $12,790 | |
| Samaha Associates PC<br>9990 Fairfax Boulevard, Suite 350<br>Fairfax, VA 22030 | P: 703-691-3311<br>F: 703-691-3316 | Contractor | $12,621 | |
| William A Hazel, Inc.<br>4305 Hazel Park Court<br>Chantilly, VA 20151 | P: 703-378-8300<br>F: 703-378-8339 | Equipment Rental | $12,600 | |
| Montgomery County Solid Waste Transfer Station<br>16101 Frederick Road<br>Derwood, MD 20855 | P: 301-840-2775<br>Division of Solid Waste | Disposal Facility | $12,500 | |
| City of Newark - HCF<br>Division of Treasury<br>828 Broad Street<br>5th Floor<br>Newark, NJ 07101 | P: 609-984-3438<br>Abraham Negron | Host Community Fee | $11,900 | |
| ADP<br>P.O. Box 900106<br>Louisville, KY 40290-1006 | | Payroll Service Provider | $10,886 | |
| Lanvera, LTD.<br>13755 Hutton Drive<br>Suite 100<br>Dallas, TX 75234 | P: 972-488-6400<br>F: 972-488-6460 | Data Center | $10,000 | |
| Prince William County Solid Waste Facilities<br>P.O. Box 2467<br>Prince William, VA 22192-2467 | P: 703-792-6710 | Disposal Facility | $9,900 | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and fax number of employees, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Amount of claim as of 3/9/2010[2] | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff |
|---|---|---|---|---|
| Motivated Security Services<br>34 West Main Street, Suite 204<br>Somerville, NJ 08876 | P: 908-526-1140<br>F: 908-707-8770 | Security Services | $9,887 | |
| Binder Machinery Co.<br>2820 Hamilton Blv.<br>South Plainfield, NJ 07080 | P: 908-561-9000<br>F: 908-753-1644 | Parts Supplier | $9,800 | |
| Apollo Development & Land Corp.<br>572 Market Street<br>Newark, NJ 07105-2913 | P: 703-589-0055<br>Anthony Peterpaul | Lease Royalty | $9,600 | |
| Capitol Fiber<br>1532 Thames Street<br>Baltimore, MD 21231 | P: 410-319-0774 | Disposal Facility | $8,784 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| EnviroSolutions of New York, LLC, | : | Case No. 10-_____ (  ) |
| | : | |
| Debtor. | : | Joint Administration Pending |

--------------------------------------------------------x

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of EnviroSolutions of New York, LLC, the debtor in this case (the "**Debtor**"), declare under penalty of perjury that I have read the foregoing consolidated list of the fifty largest unsecured creditors of the Debtor and its affiliated debtors and debtors in possession and that it is true and correct to the best of my information and belief.


Dated: March 10, 2010


                                            /s/ Marc L. Bourhis
                                            Marc L. Bourhis
                                            Vice President

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                : Chapter 11
                                     :
EnviroSolutions of New York, LLC,    : Case No. 10-_____ ( )
                                     :
           Debtor.                   : Joint Administration Pending
-------------------------------------------------------x

**LIST OF EQUITY HOLDERS AND CORPORATE OWNERSHIP
STATEMENT OF ENVIROSOLUTIONS OF NEW YORK, LLC,
PURSUANT TO BANKRUPTCY RULE 7007.1**

     EnviroSolutions of New York, LLC is a wholly-owned subsidiary of EnviroSolutions, Inc., which owns 100% of its equity interests.  EnviroSolutions, Inc., is a wholly-owned subsidiary of EnviroSolutions Holdings, Inc., which owns 100% of its equity interests.  No corporate entity owns 10% or more of EnviroSolutions Holdings, Inc.'s equity interests.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                : Chapter 11
                                     :
EnviroSolutions of New York, LLC,    : Case No. 10-_____ (  )
                                     :
                Debtor.              : Joint Administration Pending
-------------------------------------------------------x

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of EnviroSolutions of New York, LLC, the debtor in this case (the "**Debtor**"), declare under penalty of perjury that I have read the foregoing list of equity security holders and corporate ownership statement of the Debtor and that it is true and correct to the best of my information and belief.


Dated: March 10, 2010


                              /s/ Marc L. Bourhis
                              Marc L. Bourhis
                              Vice President