John C. Longmire
Shaunna D. Jones
Jennifer J. Hardy
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                         :
EnviroSolutions of New York, LLC, et al.,¹          :    Case No. 10-11236 (SMB)
                                                                         :
                               Debtors.                         :    Joint Administration Pending
--------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS FOR HEARING
## ON MARCH 12, 2010 AT 11:00 A.M.

The following is an agenda for the matter scheduled before the Court on March 12, 2010 at 11:00 a.m.:

1. **Debtors' Motion For Order Authorizing Joint Administration Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure [Docket No. 2]**

Status:

This matter is going forward.

2. **Debtors' Motion For Order: (A) Waiving Requirement for Filing List of Creditors; (B) Authorizing Debtors to File Consolidated List of Creditors; (C) Authorizing Debtors to Establish Procedures for Notifying Creditors of Commencement of**

---

¹ The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) 9304 D'Arcy, LLC (9577); (ii) Advanced Enterprises Recycling, Inc. (9105); (iii) Ameriwaste, LLC (6130); (iv) Ashland Investments, LLC (7823); (v) Big Run Coal and Clay Company, Inc. (3540); (vi) BR Landfill, LLC (9154); (vii) BR Property Holdings, Inc. (2700); (viii) Capels Landfill, LLC (8598); (ix) Curtis Creek Recovery Systems, Inc. (9429); (x) Doremus Ave Recycling and Transfer, LLC (3439); (xi) EnviroSolutions Holdings, Inc. (4890); (xii) EnviroSolutions Leasing, LLC (8801); (xiii) EnviroSolutions Logistics, LLC (9595); (xiv) EnviroSolutions of New York, LLC (7737); (xv) EnviroSolutions Real Property Holdings, Inc. (9014); (xvi) EnviroSolutions, Inc. (8726); (xvii) ETW, LLC (0832); (xviii) Furnace Associates, Inc. (3247); (xix) Potomac Disposal Services of Virginia, LLC (9877); (xx) Potomac Disposal Services of Virginia Real Property Holdings, LLC (7998); (xxi) River Cities Disposal, LLC (3920); (xxii) Solid Waste Transfer and Recycling, Inc. (6151); and (xxiii) STI Roll-Off, LLC (7081). The Debtors' executive headquarters' address is 11220 Asset Loop, Suite 201, Manassas, VA, 20109.

**Cases; and (D) Limiting Notice and Establishing Notice and Service Procedures [Docket No. 12]**

Status:

This matter is going forward.

3. **Debtors' Motion For Order Authorizing: (A) Continued Use of the Debtors' Cash Management System and Procedures; (B) Maintenance and Continued Use of Existing Bank Accounts; (C) Waiver of Certain Operating Guidelines Relating to Bank Accounts; (D) Interim Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; and (E) Continuation of Intercompany Transactions and Accordance of Administrative Expense Status to Claims for Such Transactions [Docket No. 6]**

Status:

This matter is going forward.

4. **Debtors' Motion For an Order: (I) Authorizing Debtors to Pay (A) Prepetition Employee Wages, Salaries and Other Compensation, (B) Prepetition Employee Business Expenses, and (C) Other Miscellaneous Employee Expenses and Employee Benefits; and (II) Granting Related Relief [Docket No. 11]**

Status:

This matter is going forward.

5. **Application For Order Approving the Debtors' Agreement with Kurtzman Carson Consultants LLC and Appointing Kurtzman Carson Consultants LLC as Notice and Claims Agent Pursuant to 28 U.S.C. Section 156(c) [Docket No. 7]**

Status:

This matter is going forward.

6. **Debtors' Motion For Order Authorizing Debtors to Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs [Docket No. 9]**

Status:

This matter is going forward with regard to interim relief.

7. **Debtors' Motion For Interim and Final Orders: (A) Prohibiting Utilities from Altering or Discontinuing Services; (B) Establishing Procedures for Providing Deposits to Requesting Utility Companies; (C) Deeming Utility Companies To Have**

**Adequate Assurance Of Payment; And (D) Establishing Procedures for Resolving Requests for Additional Assurance of Payment [Docket No. 17]**

Status:

This matter is going forward with regard to interim relief.

8. **Debtors' Motion For Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Setting Final Dates to File Proofs of Claim [Docket No. 4]**

Status:

This matter is going forward.

9. **Debtors' Motion Pursuant to Sections 105(a), 507(a)(8) and 541 of the Bankruptcy Code and Bankruptcy Rule 6003 for Order Authorizing Payment of Sales, Use and Other Trust Fund Taxes [Docket No. 16]**

Status:

This matter is going forward with regard to interim relief.

10. **Debtors' Motion For Order Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code Authorizing Debtors to Pay Prepetition Claims of Critical Vendors and Suppliers of Goods Entitled to Administrative Priority [Docket No. 8]**

Status:

This matter is going forward with regard to interim relief.

11. **Debtors' Motion for Interim and Final Orders: Order Under 11 U.S.C. §§ 105, 361, 362, 363(c), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection to Prepetition Secured Lenders; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001 and 9014 [Docket No. 10]**

Status:

This matter is going forward with regard to interim relief.

Dated: March 11, 2010

> WILLKIE FARR & GALLAGHER LLP
> 787 Seventh Avenue
> New York, New York 10019-6099
> (212) 728-8000
>
> Proposed Attorneys for Debtors and Debtors in Possession