UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re                                               :        Chapter 11
                                                    :
EnviroSolutions of New York, LLC, et al.,[1]        :        Case No. 10-11236 (SMB)
                                                    :
                                    Debtors.        :        Joint Administration Pending

-----------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Robert D. Tomasch, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), claims and noticing agent for the Debtors in the above-captioned case.

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service list attached hereto as **Exhibit A** and via Electronic mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Order Authorizing Joint Administration Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure** [Docket No. 2]

- **Affidavit of Marc L. Bourhis, Chief Financial Officer of EnviroSolutions Holdings, Inc. and Vice President of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings** [Docket No. 3]

- **Debtors' Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Setting Final Dates to File Proofs of Claim** [Docket No. 4]

- **Debtors' Application to Employ and Retain Barclays Capital Inc. as Financial Advisors to the Debtors and Debtors in Possession Pursuant to**

---

1   The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) 9304 D'Arcy, LLC (9577); (ii) Advanced Enterprises Recycling, Inc. (9105); (iii) Ameriwaste, LLC (6130); (iv) Ashland Investments, LLC (7823); (v) Big Run Coal and Clay Company, Inc. (3540); (vi) BR Landfill, LLC (9154); (vii) BR Property Holdings, Inc. (2700); (viii) Capels Landfill, LLC (8598); (ix) Curtis Creek Recovery Systems, Inc. (9429); (x) Doremus Ave Recycling and Transfer, LLC (3439); (xi) EnviroSolutions Holdings, Inc. (4890); (xii) EnviroSolutions Leasing, LLC (8801); (xiii) EnviroSolutions Logistics, LLC (9595); (xiv) EnviroSolutions of New York, LLC (7737); (xv) EnviroSolutions Real Property Holdings, Inc. (9014); (xvi) EnviroSolutions, Inc. (8726); (xvii) ETW, LLC (0832); (xviii) Furnace Associates, Inc. (3247); (xix) Potomac Disposal Services of Virginia, LLC (9877); (xx) Potomac Disposal Services of Virginia Real Property Holdings, LLC (7998); (xxi) River Cities Disposal, LLC (3920); and (xxii) Solid Waste Transfer and Recycling, Inc. (6151); (xxiii) STI Roll-Off, LLC (7081). The Debtors' executive headquarters' address is 11220 Asset Loop, Suite 201, Manassas, VA, 20109.

**Sections 327(a), 328, 331 and 1107(b) of the Bankruptcy Code Nunc Pro Tunc to the Petition Date** [Docket No. 5]

- **Debtors' Motion for Order Authorizing: (A) Continued Use of the Debtors' Cash Management System and Procedures; (B) Maintenance and Continued Use of Existing Bank Accounts; (C) Waiver of Certain Operating Guidelines Relating to Bank Accounts; (D) Interim Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; and (E) Continuation of Intercompany Transactions and Accordance of Administrative Expense Status to Claims for Such Transactions** [Docket No. 6]

- **Application for Order Approving the Debtors' Agreement with Kurtzman Carson Consultants LLC and Appointing Kurtzman Carson Consultants LLC as Notice and Claims Agent Pursuant to 28 U.S.C. § 156(c)** [Docket No. 7]

- **Debtors' Motion for Order Pursuant to Sections 105(a), 363(b), 503(b) and 507(a) of the Bankruptcy Code Authorizing Debtors to Pay Prepetition Claims of Critical Vendors and Suppliers of Goods Entitled to Administrative Priority** [Docket No. 8]

- **Debtors' Motion for Order Authorizing Debtors to Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs** [Docket No. 9]

- **Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c) 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection to Prepetition Secured Lenders; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001 and 9014** [Docket No. 10]

- **Debtors' Motion for an Order: (I) Authorizing Debtors to Pay (A) Prepetition Employee Wages, Salaries and Other Compensation, (B) Prepetition Employee Business Expenses, and (C) Other Miscellaneous Employee Expenses and Employee Benefits; and (II) Granting Related Relief** [Docket No. 11]

- **Debtors' Motion for Order: (A) Waiving Requirement for Filing List of Creditors; (B) Authorizing Debtors to File Consolidated List of Creditors; (C) Authorizing Debtors to Establish Procedures for Notifying Creditors of Commencement of Cases; and (D) Limited Notice and Establishing Notice and Service Procedures** [Docket No. 12]

- **Debtors' Motion for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Debtors to Continue Insurance Policies and**

**Agreements Relating Thereto, and to Honor Certain Obligations in Respect Thereof** [Docket No. 13]

- **Application for Administrative Order, Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Local Rule 2016-1, Establishing Procedures for the Interim Compensation and Reimbursement of Expenses of Professionals** [Docket No. 14]

- **Debtors' Motion for Order Authorizing Debtors to Employ and Retain Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 105(a), 327(e), and 330 of the Bankruptcy Code** [Docket No. 15]

- **Debtors' Motion Pursuant to Sections 105(a), 507(a)(8) and 541 of the Bankruptcy Code and Bankruptcy Rule 6003 for Order Authorizing Payment of Sales, Use and Other Taxes and Regulatory Fees** [Docket No. 16]

- **Debtors' Motion for Interim and Final Orders: (A) Prohibiting Utilities from Altering or Discontinuing Services; (B) Establishing Procedures for Providing Deposits to Requesting Utility Companies; (C) Deeming Utility Companies to Have Adequate Assurance of Payment; and (D) Establishing Procedures for Resolving Requests for Additional Assurance of Payment** [Docket No. 17]

- **Debtors' Application to Employ and Retain Willkie Farr & Gallagher LLP as Counsel to Debtors and Debtors in Possession Pursuant to Sections 327(a), 328 and 1107(b) of the Bankruptcy Code Nunc Pro Tunc to the Petition Date** [Docket No. 18]

- **Joint Plan of Reorganization for EnviroSolutions of New York, LLC and Its Affiliated Debtors** [Docket No. 19]

- **Disclosure Statement with Respect to the Joint Plan of Reorganization for EnviroSolutions of New York, LLC and Its Affiliated Debtors** [Docket No. 20]

- **Debtors' Motion for Order: (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation Materials and Procedures for Distribution Thereof; (D) Approving Forms of Ballots and Establishing Procedures for Voting on Debtors' Joint Plan of Reorganization; (E) Scheduling Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of Debtors' Joint Plan of Reorganization; and (F) Granting Related Relief** [Docket No. 21]

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service list attached hereto as **<u>Exhibit C</u>**:

- **Debtors' Motion for Order Authorizing: (A) Continued Use of the Debtors' Cash Management System and Procedures; (B) Maintenance and Continued Use of Existing Bank Accounts; (C) Waiver of Certain Operating Guidelines Relating to Bank Accounts; (D) Interim Waiver of the Requirements of Section 345(b) of the Bankruptcy Code; and (E) Continuation of Intercompany Transactions and Accordance of Administrative Expense Status to Claims for Such Transactions** [Docket No. 6]

- **Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c) 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection to Prepetition Secured Lenders; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001 and 9014** [Docket No. 10]

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service list attached hereto as **<u>Exhibit D</u>**:

- **Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c) 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection to Prepetition Secured Lenders; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001 and 9014** [Docket No. 10]

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service lists attached hereto as **Exhibit E** and **Exhibit F**:

- **Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363(c) 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014: (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Authorizing Debtors to Use Cash Collateral; (III) Granting Adequate Protection to Prepetition Secured Lenders; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 2002, 4001 and 9014** [Docket No. 10]

- **Debtors' Motion Pursuant to Sections 105(a), 507(a)(8) and 541 of the Bankruptcy Code and Bankruptcy Rule 6003 for Order Authorizing Payment of Sales, Use and Other Taxes and Regulatory Fees** [Docket No. 16]

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service list attached hereto as **Exhibit G**:

- **Debtors' Motion for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Debtors to Continue Insurance Policies and Agreements Relating Thereto, and to Honor Certain Obligations in Respect Thereof** [Docket No. 13]

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via First Class mail upon the service list attached hereto as **Exhibit H**:

- **Debtors' Motion for Order Authorizing Debtors to Employ and Retain Professionals Utilized in the Ordinary Course of Business Pursuant to Sections 105(a), 327(e), and 330 of the Bankruptcy Code** [Docket No. 15]

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to**

**be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight mail upon the service list attached hereto as **<u>Exhibit I</u>**:

- **Debtors' Motion for Interim and Final Orders: (A) Prohibiting Utilities from Altering or Discontinuing Services; (B) Establishing Procedures for Providing Deposits to Requesting Utility Companies; (C) Deeming Utility Companies to Have Adequate Assurance of Payment; and (D) Establishing Procedures for Resolving Requests for Additional Assurance of Payment** [Docket No. 17]

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

On March 11, 2010, under my direction and under my supervision, employees of KCC caused the following document to be served via Facsimile upon the service lists attached hereto as **<u>Exhibit J</u>** and **<u>Exhibit K</u>**:

- **Notice of Filing of Relief Under Chapter 11 of Title 11 of the United States Code and Notice of Hearing on Certain Filed Motions and Applications; to be Held on March 12, 2010 at 11:00 a.m. (Prevailing Eastern Time)** [Docket No. 23]

Dated: March 11, 2010

_____
Robert D. Tomasch

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of March, 2010, by Robert D. Tomasch, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ADP Inc | | PO Box 900106 | | Louisville | KY | 40290-1006 | USA |
| Alban Tractor | | PO Box 64251 | | Baltimore | MD | 21264 | USA |
| Anne Arundel County MD | | 2662 Riva Rd MS 7406 | | Annapolis | MD | 21401 | USA |
| Apollo Development & Land Corp | Anthony Peterpaul | 572 Market St | | Newark | NJ | 07105-2913 | USA |
| Berry Plastics Corporation | | 2199 Momentum Pl | | Chicago | IL | 60689-5321 | USA |
| Binder Machinery | | 2820 Hamilton Blvd | | South Plainfield | NJ | 07080 | USA |
| Boyd County Fiscal | | PO Box 423 | | Catlettsburg | KY | 41129 | USA |
| Brown Station Road Landfill | | 11611 White House Rd | | Upper Marlboro | MD | 20774 | USA |
| Capitol Fiber | | 1532 THAMES ST | | Baltimore | MD | 21231 | USA |
| City of Newark HCF | Abraham Negron | 828 Broad St 5th Fl | | Newark | NJ | 07101 | USA |
| Covanta | | 5301 Eisenhower Ave | | Alexandria | VA | 22304 | USA |
| CSX | | PO Box 640839 | | Pittsburgh | PA | 15264-0839 | USA |
| D & B | | 5800 Airport Blvd | | Austin | TX | 78752-4204 | USA |
| Drew Hauling | | 2648 West 50th St | | Chicago | IL | 60632 | USA |
| English Paving | Drew Lillis | 1087 Edgewater Ave | | Ridgefield | NJ | 07657 | USA |
| FAES Inventory | Fernando Ramirez | PO Box 125 | | Castellar del Valles | | 08211 | SPAIN |
| Fairfax County Disposal | | 12000 Govt Ctr Pkwy Ste 458 | | Fairfax | VA | 22035-0059 | USA |
| Federal IPC | | PO Box 90565 | | Washington | DC | 20090-0565 | USA |
| Galante James Skaggs Andrew Skaggs Todd | Todd Skaggs | 1726 Beverly Blvd | | Ashland | KY | 41101 | USA |
| Holtzman | Darren Swartz | 5534 Main St | | Mt Jackson | VA | 22842 | USA |
| Huntington Sanitary Board | | PO Box 7098 | | Huntington | WV | 25775-7098 | USA |
| Internal Revenue Service | Centralized Insolvency Operations | PO Box 21126 | | Philadelphia | PA | 19114-0326 | USA |
| Internal Revenue Service | Centralized Insolvency Operations | 11601 Roosevelt Blvd | Mail Drop N781 | Philadelphia | PA | 19255 | USA |
| ISCO Industries LLC | | 1974 Solutions Ctr | | Chicago | IL | 60677-1009 | USA |
| King & Queen | | PO Box 2490 | | Dallas | TX | 75284-2139 | USA |
| L V E INC | | 6813 Chrisphalt Dr | | Bath | PA | 18014 | USA |
| Lanvera LTD | | 13755 Hutton Dr Ste 100 | | Dallas | TX | 75234 | USA |
| Liberty Waste Transportation | | 15 Polhemus Ln | | Bridgewater | NJ | 08807 | USA |
| Loudoun County | | 44150 Wade Dr | | Chantilly | VA | 20152 | USA |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| McDowell County Economic Development Authority or Solid Waste Authority | Ms Patricia Blevins | 36 Elkhorn St | | Welch | WV | 24801 | USA |
| McDowell County Economic Development Authority or Solid Waste Authority | or Solid Waste Author | 92 McDowell St Ste 100 | | Welch | WV | 24801 | USA |
| Montgomery County | div solid waste | 16101 Frederick Rd | | Derwood | MD | 20855 | USA |
| Motivated Investigations | | 34 West Main St Ste 204 | | Somerville | NJ | 08876 | USA |
| Mr Martin deferred comp | Mr Harold Martin | 296 South St | | Newark | NJ | 07114 | USA |
| Northeast Environmental Transportation | | 326 South Church St | | Hazelton | PA | 18201 | USA |
| Office of the United States Trustee | Andy Velez Rivera Nazar Khodorovsky | 33 Whitehall St 21st Fl | | New York | NY | 10004 | USA |
| Office of US Attorney SDNY | Preet Bharara | 1 St Andrews Plaza | | New York | NY | 10007 | USA |
| Office of US Attorney SDNY | | 300 Quarropas St | | White Plains | NY | 10601 | USA |
| Office of US Attorney SDNY | | 86 Chambers St | | New York | NY | 10007 | USA |
| PCFA OF Warren County | | 500 Mount Pisgah Ave | | Oxford | NJ | 07863 | USA |
| PNC PCard | Sandie De Long | PO Box 535239 | | Pittsburgh | PA | 15253-5239 | USA |
| Potomac Mack | | 3371 Kenilworth Ave | | Hyattsville | MD | 20781 | USA |
| Prince William | | PO Box 2467 | | Prince William | VA | 22192-2467 | USA |
| PSE & G | | PO Box 14106 | | New Brunswick | NJ | 08906-4106 | USA |
| Quarles Fuel | | 1701 Fall Hill Ave Ste 300 | | Fredericksburg | VA | 22401 | USA |
| Recycle 1 | | 4700 B Lawrence St | | Hyattsville | MD | 20781 | USA |
| Rodgers Brothers | Lorraine | 2230 Lawrence Ave NE | | Washington | DC | 20018 | USA |
| Rumpke | | PO Box 538708 | | Cincinnati | OH | 45253 | USA |
| Samaha | | 9990 Fairfax Blvd Ste 350 | | Fairfax | VA | 22030 | USA |
| Secretary of State | | 123 William St | | New York | NY | 10038-3804 | USA |
| Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | Albany | NY | 12231-0001 | USA |
| Securities and Exchange Commission | James A Clarkson Regional Director | 3 World Financial Center Ste 400 | | New York | NY | 10281 | USA |
| Securities and Exchange Commission | | 100 F Street Northeast | | Washington | DC | 20549 | USA |
| Shoosmith | | 11800 Lewis Rd | | Chester | VA | 23831 | USA |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Simpson Thacher & Bartlett LLP | Attn Sandeep Qusba Morris Massel | 425 Lexington Ave | | New York | NY | 10017-3954 | USA |
| Simpson Thacher & Bartlett LLP | Sandy Qusba Morris Massel | 425 Lexington Ave | | New York | NY | 10017 | USA |
| SSI Shredding System | | 9760 SW Freeman Dr | | Wilsonville | OR | 97070-9286 | USA |
| United States Bankruptcy Court SDNY | Honorable Stuart M Bernstein | One Bowling Green | Chambers Room 504 | New York | NY | 10004-1408 | USA |
| United States Department of Justice | | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 | USA |
| US Bank mezzanine | | 60 Livingston Ave | | St Paul | MN | 55107 | USA |
| US Bank National Association | EP-MN-WS3C | 60 Livingston Ave | | St Paul | MN | 55107-1419 | USA |
| Vukoder William | | 36 Brentwood Rd | | Boothwyn | PA | 19061 | USA |
| W Todd Skaggs | | 1726 Beverly Blvd | | Ashland | KY | 41101 | USA |
| Wilkosz LLC | | PO Box 990 | | Falls Church | VA | 22040 | USA |
| William A Hazel Inc | | 4305 Hazel Park Ct | | Chantilly | VA | 20151 | USA |
| Willkie Farr & Gallagher LLP | John C Longmire & Shaunna D Jones | 787 7th Ave | | New York | NY | 10019 | USA |
| Wills Trucking Company | | 3517 Embassy Pkwy | | Akron | OH | 44333 | USA |
| Woodford Oil | | 13th St & Livingston Ave | | Elkins | WV | 26241 | USA |
| Wyatt Tarrant & Combs LLP | John B Brice | 250 West Main St Ste 1600 | | Lexington | KY | 40507 | USA |

In re EnviroSolutions of New York, LLC, et al.
Case No. 10-11236 (SMB)

Page 3 of 3

3/11/2010 11:16 PM

# EXHIBIT B

| CREDITOR NAME | CREDITOR NOTICE NAME | EMAIL ADDRESS |
|---|---|---|
| EnviroSolutions Inc | Charles Fromm | cfromm@esiwaste.com |
| FAES Inventory | Fernando Ramirez | framirez@faesnet.net; Faes@faesnet.net |
| McDowell County Economic Development Authority or Solid Waste Authority | | mcdeda@citlink.net |
| Securities and Exchange Commission | James A Clarkson Regional Director | secbankruptcy@sec.gov |
| Simpson Thacher & Bartlett LLP | Attn Sandeep Qusba Esq & Morris J Massel Esq | MMassel@stblaw.com; SQusba@stblaw.com |
| United States Department of Justice | | AskDOJ@usdoj.gov |
| Willkie Farr & Gallagher LLP | John C Longmire & Shaunna D Jones | jlongmire@willkie.com; ACannon@willkie.com; ASchwartz@willkie.com; JHardy2@willkie.com sjones@willkie.com |
| Wyatt Tarrant & Combs LLP | John B Brice | jbrice@wyattfirm.com |

# EXHIBIT C

**Exhibit C**
Banks
Served via Overnight Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | 1 BRYANT PARK | | NEW YORK CITY | NY | 10036 |
| BANK OF AMERICA | | 1708 OLD BRIDGE RD | | WOODBRIDGE | VA | 22192 |
| BB&T | | PO BOX 2887 | ACCT NO 4387 | WILSON | NC | 27894 |
| BNY MELLON | | 32 OLD SLIP 15TH FLOOR | ACCT NO 4021 | NEW YORK CITY | NY | 10286 |
| FIRST NATIONAL BANK | | 200 S CAROL MALONE BLVD | PO BOX 67 | GRAYSON | KY | 41143 |
| NATIONAL CITY | ATTN TRUST FEE RECEIVABLE | PO BOX 94777 | | CLEVELAND | OH | 44101-4777 |
| PIONEER COMMUNITY BANK | | PO BOX 368 | ACCT NO 0274 | LAEGER | WV | 24844 |
| US BANK | | CM 9690 | | ST PAUL | MN | 55170-9690 |

In re EnviroSolutions of New York, LLC, et al.
Case No. 10-11236 (SMB)

Page 1 of 1

3/11/2010 11:19 PM

# EXHIBIT D

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| BANC OF AMERICA LEASING & CAPITAL LLC | | PO BOX 7023 | | TROY | MI | 48007-7023 |
| BANC OF AMERICA LEASING & CAPITAL LLC | | 305 W BIG BEAVER RD STE 400 | | TROY | MI | 48084 |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | 2120 WEST END AVE | | NASHVILLE | TN | 37203-0986 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | | 60 WALL ST | | NEW YORK | NY | 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | | 60 WALL ST | | NEW YORK | NY | 10005 |
| GENERAL ELECTRIC CAPITAL CORPORATION | | PO BOX 140849 | | IRVING | TX | 75014 |
| GENERAL ELECTRIC CORPORATION | | 300 E CARPENTER FWY No 400 | | IRVING | TX | 75062 |
| KOMATSU FINANCIAL LIMITED PARTNERSHIP | | PO BOX 5050 | | ROLLING MEADOWS | IL | 60008 |
| KOMATSU FINANCIAL LIMITED PARTNERSHIP | | ONE CONTINENTAL TOWERS | 1701 W GOLF RD STE 300 | ROLLING MEADOWS | IL | 60008 |
| KOMATSU FINANCIAL LIMITED PARTNERSHIP | | 1333 BUTTERFIELD RD STE 600 | | DOWNERS GROVE | IL | 60515 |
| SUNTRUST BANK | | PO BOX 26202 | | RICHMOND | VA | 23260-6202 |
| W TODD SKAGGS AS COLLATERAL AGENT | | 1726 BEVERLY BLVD | | ASHLAND | KY | 41101 |
| WHAYNE SUPPLY COMPANY | | PO BOX 35900 | | LOUISVILLE | KY | 40232-5900 |
| WILLIAM SCOTSMAN INC | | 8211 TOWN CENTER DR | | BALTIMORE | MD | 21236 |

# EXHIBIT E

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ANNE ARUNDEL COUNTY | OFFICE OF FINANCE | 44 CALVERT ST | | ANNAPOLIS | MD | 21404 |
| ANNE ARUNDEL COUNTY | OFFICE OF FINANCE | 2662 RIVA RD MS 7406 | | ANNAPOLIS | MD | 21401 |
| ARLINGTON COUNTY TREASURER | DEPT OF ENVIRONMENTAL SERVICES | No 1 COURTHOUSE PLZ | | ARLINGTON | VA | 22216-0530 |
| BOYD COUNTY FISCAL COURT | | 2800 LOUISA ST | | CATLETTSBURG | KY | 41129 |
| BOYD COUNTY FISCAL COURT | | PO BOX 423 | | CATLETTSBURG | KY | 41129 |
| CITY OF FAIRFAX | TREASURERS OFFICE | 10455 ARMSTRONG ST | | FAIRFAX | VA | 22030 |
| CITY OF MANASSAS TREASURER | | PO BOX 512 | | MANASSAS | VA | 20108 |
| CITY OF NEWARK PAYROLL TAX | DIV TAX ABATEMENT/SPECIAL TAXES | 920 BROAD ST RM B 26 | | NEWARK | NJ | 07102 |
| CITY OF NEWARK REAL ESTATE TAX | | 920 BRD ST | | NEWARK | NJ | 07101 |
| CITY OF NEWARK REAL ESTATE TAX | | PO BOX 27512 | | NEWARK | NJ | 07101-8712 |
| COMPTROLLER OF MARYLAND | | 110 CARROLL ST | | ANNAPOLIS | MD | 21411-0001 |
| COMPTROLLER OF MARYLAND | | PO BOX 17405 | | BALTIMORE | MD | 21297-1405 |
| COMPTROLLER OF MARYLAND | MOTOR FUEL TAX BUREAU | PO BOX 22100 | | ALBANY | NY | 12201-2100 |
| COUNTY OF FAIRFAX | | PO BOX 10201 | DEPT OF TAX ADMINISTRATION | FAIRFAX | VA | 22030 |
| COUNTY OF FAIRFAX | DEPT OF TAX ADMINISTRATION | PO BOX 10200 | | FAIRFAX | VA | 22035-0200 |
| COUNTY OF FAIRFAX | DEPT OF TAX ADMINISTRATION | PO BOX 10203 | | FAIRFAX | VA | 22035-0203 |
| COUNTY OF FAIRFAX DEPT OF TAXATION | | PO BOX 10201 | | FAIRFAX | VA | 22035-0201 |
| COUNTY OF FAIRFAX RE | DEPT OF TAX ADMINISTRATION | PO BOX 10200 | | FAIRFAX | VA | 22035-0200 |
| COUNTY OF LOUDOUN | H ROGER ZURN JR TREASURER | PO BOX 1000 | | LEESBURG | VA | 20177-1000 |
| DC TREASURER | | PO BOX 77880 | | WASHINGTON | DC | 20013-8880 |
| DC TREASURER | ADJUDICATION SERVICES | PO BOX 2014 | | WASHINGTON | DC | 20013 |
| DC TREASURER | ADMINISTRATIVE HEARINGS | PO BOX 77718 | | WASHINGTON | DC | 20013-8718 |
| DC TREASURER | CORP ESTIMATED FRANCHISE TAX | PO BOX 96019 | | WASHINGTON | DC | 20090-6019 |
| DC TREASURER | CORPORATION DIVISION | PO BOX 92300 | | WASHINGTON | DC | 20090 |
| DC TREASURER | DC PHOTO ENFORCEMENT OFFICE | POBOX 37075 | | WASHINGTON | DC | 20013 |
| DC TREASURER | OFFICE OF TAX AND REVENUE | PO BOX 96384 | | WASHINGTON | DC | 20090-6384 |
| DC TREASURER 2003 D 30 | OFFICE OF TAX & REVENUE | 941 NORTH CAPITAL ST NE | | WASHINGTON | DC | 20002 |
| DC TREASURER 2004 D 30 | OFFICE OF TAX & REVENUE | 941 NORTH CAPITAL ST NE | | WASHINGTON | DC | 20002 |
| DELAWARE SECRETARY OF STATE | DIVISON OF CORPORATIONS | PO BOX 11728 | | NEWARK | NJ | 07101-4728 |
| DEPARTMENT ASSESSMENTS & TAXATION | PERSONAL PROPERTY DIVISION | 301 WET PRESTON ST | | BALTIMORE | MD | 21201-2395 |
| DEPARTMENT ASSESSMENTS & TAXATION | PERSONAL PROPERTY DIVISION | 301 W PRESTON ST | | BALTIMORE | MD | 21201-2395 |
| FAIRFAX COUNTY | DEPT OF TAX ADMINISTRATION | CITATION PROCESSING CTR | | ALEXANDRIA | VA | 22313-1423 |
| FAIRFAX COUNTY PP | DEPT TAX ADMINISTRATION | PO BOX 10201 | | FAIRFAX | VA | 22035-0201 |
| FALLS CHURCH TREASURER | | PO BOX 37027 | | BALTIMORE | MD | 21297-3027 |
| FAUQUIER COUNTY | TREASURER FAUQUIER COUNTY | PO BOX 677 | | WARRENTON | VA | 20188-0677 |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA | OFFICE OF TAX & REVENUE | PO BOX 556 | | WASHINGTON | DC | 20044 |
| HOWARD COUNTY DIRECTOR OF FINANCE | DEPARTMENT OF FINANCE | BUSINESS TAX DIVISION | | ELLICOTT CITY | MD | 21043 |
| INTERNAL REVENUE SERVICE | | PO BOX 105421 | | ATLANTA | GA | 30348-5421 |
| KENTUCKY STATE TREASURER | | PO BOX 429 | | FRANKFORT | KY | 40602-0429 |
| KENTUCKY STATE TREASURER | ATTN MELISSA DUFF | 200 FAIR OAKS LN 1ST FL | | FRANKFORT | KY | 40601 |
| KENTUCKY STATE TREASURER | ENVIRONMENTAL REMEDIATION FEE | PO BOX 429 | | FRANKFORT | KY | 40602-0429 |
| KENTUCKY STATE TREASURER | KENTUCKY DEPT OF REVENUE | | | FRANKFORT | KY | 40619-0007 |
| KENTUCKY STATE TREASURER | TREY GRAYSON SECY OF STATE | PO BOX 718 | | FRANKFORT | KY | 40602-0718 |
| MARYLAND STATE TREASURER | | 80 CALVERT ST | | ANNAPOLIS | MD | 21401 |
| MCDOWELL COUNTY ECONOMIC DEVELOPMENT AUTHORITY | | 92 MCDOWELL ST STE 100 | | WELCH | WV | 24801 |
| NATIONAL PROPERTY TAX MNGMT | | PO BOX 42165 | | HOUSTON | TX | 77242 |
| NEW JERSEY CORPORATION TAX | NJ DIVISION OF TAXATION | REVENUE PROCESSING CTR | | TRENTON | NJ | 08646-0257 |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| NEW JERSEY DIVISION OF TAXATION | COPY REQUEST UNIT | PO BOX 269 | | TRENTON | NJ | 08695-0269 |
| NEW JERSEY USE TAX | REVENUE PROCESSING CENTER | PO BOX 999 | | TRENTON | NJ | 08646-0999 |
| PA DEPARTMENT OF REVENUE | BIDM TOM AGENT 383 | DEPARTMENT 280401 | | HARRISBURG | PA | 17128-0401 |
| PRINCE WILLIAM COUNTY | TAX ADMINISTRATION | DEPARTMENT871 | | ALEXANDRIA | VA | 22334-0871 |
| PRINCE WILLIAM COUNTY | TAX ADMINISTRATION DIV | DEPT 871 | | ALEXANDRIA | VA | 22334-0871 |
| PRINCE WILLIAM COUNTY | TAX ADMINISTRATION DIVISION | PO BOX 2467 | | PRINCE WILLIAM | VA | 22195-2467 |
| REVENUE AUTHORITY PRINCE GEORGES CO | PARKING DIVISION | 1300 MERCANTILE LN STE 108 | | LARGO | MD | 20774 |
| STATE OF MD DEPT ASSESSMENT & TAX | PERSONAL PROPERTY DIVISON | 301 WEST PRESTON ST RM 801 | | BALTIMORE | MD | 21297-2395 |
| STATE OF MD DEPT ASSESSMENTS & TAXATION | PERSONAL PROPTERY DIVISION | 301 WEST PRESTON ST RM 801 | | BALTIMORE | MD | 21201-2395 |
| STATE OF NEW JERSEY | DIVISION REVENUE PROCESSING | PO BOX 929 | | TRENTON | NJ | 08646-0929 |
| STATE OF NEW JERSEY CBT | DIV TAXATION/REVENUE PROC CTR | PO BOX 193 | | TRENTON | NJ | 08646-0193 |
| STATE OF WEST VIRGINIA | WEST VA STATE TREASURE OFFICE | 1900 KANAWHA BLVD EAST BLDG 1 | | CHARLESTON | WV | 25305 |
| TREASURER ARLINGTON COUNTY | | PO BOX 530 | | ARLINGTON | VA | 22216-0530 |
| TREASURER ARLINGTON COUNTY | | PO BOX 1753 | | MERRIFIELD | VA | 22116-1753 |
| TREASURER CITY OF FALLS CHURCH | | PO BOX 7425 | | MERRIFIELD | VA | 22116-7425 |
| TREASURER COMMONWEALTH OF VIRGINIA | DGS FISCAL SERVICES | PO BOX 562 | | RICHMOND | VA | 23218-0562 |
| TREASURER FAUQUIER COUNTY | | 6438 COLLEGE ST | | WARRENTON | VA | 20187 |
| TREASURER FAUQUIER COUNTY/DES | | PO BOX 380 | | WARRENTON | VA | 20188 |
| TREASURER FREDERICK COUNTY | COUNTY OF FREDERICK VIRGINIA | PO BOX 220 | | WINCHESTER | VA | 22604-0220 |
| TREASURER OF VIRGINIA | | PO BOX 26792 | | RICHMOND | VA | 23261 |
| TREASURER OF VIRGINIA | | PO BOX 570 | | RICHMOND | VA | 23218-0570 |
| TREASURER OF VIRGINIA | | PO BOX 7621 | | MERRIFIELD | VA | 22116-7621 |
| TREASURER OF VIRGINIA | ATTN FISCAL DIVISION | 1401 EAST BROAD ST | | RICHMOND | VA | 23219 |
| TREASURER OF VIRGINIA | CLERKS OFFICE | PO BOX 7607 | | MERRIFIELD | VA | 22116-7607 |
| TREASURER OF VIRGINIA | DEPT OF ENVIRONMENTAL QUALITY | PO BOX 1015 ATT RECEIPTS CON | | RICHMOND | VA | 23240 |
| TREASURER OF VIRGINIA | DEQ RECEIPTS CONTROL | PO BOX 1104 | | RICHMOND | VA | 23218 |
| TREASURER OF VIRGINIA | NOTARY CLERK OFFICE SECRETARY | PO BOX 1795 | | RICHMOND | VA | 23218-1795 |
| TREASURER OF VIRGINIA | STATE CORP/CLERKS OFFICE | 1300 E MAIN ST | | RICHMOND | VA | 23219 |
| TREASURER OF VIRGINIA | STATE CORPORATION COMMISSION | CLERKS OFFICEPO BOX 7607 | | MERRIFIELD | VA | 22116-7607 |
| TREASURER OF VIRGINIA | VDOT ATTN FISCAL DIVISION | 1401 E BROAD ST | | RICHMOND | VA | 23219 |
| TREASURER STATE OF NEW JERSEY | | PO BOX 638 | | TRENTON | NJ | 08646-0638 |
| TREASURER STATE OF NEW JERSEY | DEPT TREASURY/DIV REVENUE | PO BOX 417 | | TRENTON | NJ | 08646-0417 |
| UNITED STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 57 | | BEN SALEM | PA | 19020 |
| UNITED STATES TREASURY | INTERNAL REVENUE SERVICE | PO BOX 1236 | | CHARLOTTE | NC | 28201-1236 |
| UNITED STATES TREASURY | INTERNAL REVENUE SERVICE | | | CINCINNATI | OH | 45999-0039 |
| VIRGINIA DEPARTMENT OF TAXATION | | PO BOX 1777 | | RICHMOND | VA | 23218-1777 |
| VIRGINIA DEPARTMENT OF TAXATION | | PO BOX 2369 | | RICHMOND | VA | 23218-2369 |
| WEST VIRGINIA SECRETARY OF STATE | | 1900 KANAWHA BLVD EAST | | CHARLESTON | WV | 25305-0770 |
| WEST VIRGINIA STATE TAX DEPARTMENT | INTERNAL AUDITING DIV BUS REG | PO BOX 2666 | | CHARLESTON | WV | 25330-2666 |
| WEST VIRGINIA STATE TAX DEPARTMENT | INTERNAL AUDITING DIVISION | PO BOX 11514 | | CHARLESTON | WV | 25339-1514 |

# EXHIBIT F

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| FAIRFAX COUNTY WASTEWATER MANAGEMENT | DEPARTMENT OF PUBLIC WORKS AND ENVIRONMENTAL SERVICES | 9399 RICHMOND HWY | | LORTON | VA | 22079 |
| KENTUCKY DEPT FOR ENVIRONMENTAL PROTECTION | DIVISION FOR AIR QUALITY | 1550 WOLOHAN DR STE 1 | | ASHLAND | KY | 41102 |
| KENTUCKY DEPT FOR ENVIRONMENTAL PROTECTION | DIVISION OF WATER KPDES BRANCH | 14 REILLY RD | | FRANKFORT | KY | 40601 |
| KENTUCKY DEPT FOR ENVIRONMENTAL PROTECTION | MOREHEAD REGIONAL OFFICE | 200 CHRISTY CREEK RD STE 2 | | MOREHEAD | KY | 40351 |
| KENTUCKY DEPT FOR ENVIRONMENTAL PROTECTION | MOREHEAD REGIONAL OFFICE | 525 HECKS PLZ DR | | MOREHEAD | KY | 40351 |
| KENTUCKY ENERGY AND ENVIRONMENTAL CABINET | DIVISION OF WATER | 200 FAIR OAKS LN 4TH FL | | FRANKFORT | KY | 40601 |
| KENTUCKY ENVIRONMENTAL AND PUBLIC PROTECTION CABINET | FRANKFORT OFFICE PARK | 14 REILLY RD | | FRANKFORT | KY | 40601 |
| MARYLAND DEPARTMENT OF ENVIRONMENT | | 1800 WASHINGTON BLVD STE 605 | | BALTIMORE | MD | 21230 |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | | PO BOX 402 | | TRENTON | NJ | 08625-0402 |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | BUREAU OF SOLID WASTE COMPLIANCE AND ENFORCEMENT | 300 HORIZON CTR | PO BOX 407 | TRENTON | NJ | 08625 |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | CASE ASSIGNMENT SECTION | PO BOX 434 | | TRENTON | NJ | 08625 |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION | NORTHERN BUREAU OF WATER COMPLIANCE AND ENFORCEMENT | 7 RIDGEDALE AVE | | CEDAR KNOLLS | NJ | 07927 |
| USEPA UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ARIEL RIOS BUILIDNG | 1200 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20460 |
| USEPA UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | REGION II NJ NY PR VI | 290 BROADWAY | | NEW YORK | NY | 10007-1866 |
| USEPA UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | REGION III DC DE MD PA VA WV | 1650 ARCH ST | | PHILADELPHIA | PA | 19103-2029 |
| USEPA UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | REGION IV AL FL GA KY MS NC SC TN | ATLANTA FEDERAL CTR | 61 FORSYTH ST SW | ATLANTA | GA | 30303-3104 |
| VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | | 629 EAST MAIN ST | | RICHMOND | VA | 23240 |
| VIRGINIA DEPARTMENT OF ENVIRONMENTAL QUALITY | NORTHERN VIRGINIA REGIONAL OFFICE | 13901 CROWN CT | | WOODBRIDGE | VA | 22193 |
| WEST VIRGINIA DEPT OF ENVIRONMENTAL PROTECTION | ENVIRONMENTAL ENFORCEMENT | 116 INDUSTRIAL DR | | OAK HILL | WV | 25901 |

# EXHIBIT G

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Ace American Insurance Company | | 1133 Ave of the Americas | | New York | NY | 10036 |
| Essex Insurance Company | | 4521 Highwoods Pkwy | | Glen Allen | VA | 23060-9817 |
| Granite State Insurance Company | | 70 Pine St | | New York | NY | 10270 |
| Marsh USA Inc | | 1255 23rd St NW Ste 400 | | Washington | DC | 20037 |
| National Union Fire Insurance Company | | 70 Pine St | | New York | NY | 10270 |
| National Union Fire Insurance Company of Pittsburgh, PA | AIG Domestic Claims Inc | 175 Water St 22nd Floor | | New York | NY | 10038 |
| New Hampshire Insurance Company | | 70 Pine St | | New York | NY | 10270 |
| Philadelphia Insurance Companies | | 231 St Asaphs Rd Ste 100 | | Bala Cynwyd | PA | 19004 |
| Travelers | | One Tower Square | | Hartford | CT | 6183 |
| XL Environmental Indian Harbor Insurance Company | | 505 Eagleview Blvd | PO Box 636 | Exton | PA | 19341 |
| XL Insurance | | 505 Eagleview Blvd | PO Box 636 | Exton | PA | 19341 |
| Zurich American Insurance Company | | 1400 American Lane | | Schaumburg | IL | 60196 |

# EXHIBIT H

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Alliance Consulting | | PO Box 1352 | | Princeton | WV | 24740 | USA |
| Alvarez & Marsal | | 600 Lexington Ave 6th Fl | | New York | NY | 10022 | USA |
| Amper Politziner & Mattia LLP | | 750 Route 202 South Ste 500 | | Bridgewater | NJ | 08807-5530 | USA |
| Barclays | | 745 7th AVE 30th FL | | New York | NY | 10019 | USA |
| BC Consultants | | 12600 Fiar Lakes Cir Ste 100 | | Fairfax | VA | 22033 | USA |
| Ben Dyer Associates Inc | | 11721 Woodmore Rd Ste 200 | | Mitchellville | MD | 20721 | USA |
| Capitol Services Inc | | PO Box 1831 | | Austln | TX | 78767 | USA |
| Chipman Mazzucco | | 30 Main St Ste 204 | | Danbury | CT | 06810-3043 | USA |
| CT Corporation | | 1015 15th St NW | | Washington | DC | 20005 | USA |
| Drinker Biddle & Reath | | 105 College Rd East Ste 300 | | Princeton | NJ | 08542-0627 | USA |
| ECS Mid Atlantic LLC | | 14026 Thunderbolt Pl | | Chantilly | VA | 20151 | USA |
| Ernst & Young | | 8484 Westpark Dr | | McLean | VA | 22102 | USA |
| GDC Contractors | | 6933 Colchester Park Dr | | Manassas | VA | 20112 | USA |
| Geosyntec Consultants | | 5901 Broken Sound Pkwy Ste 300 | | Boca Raton | FL | 33487 | USA |
| Gibson Dunn & Crutcher LLP | | 200 Park Ave | | New York | NY | 10166-0193 | USA |
| Global Tax Management | | 150 N Radnor Chester Rd Ste C 200 | | Radnor | PA | 19087 | USA |
| Golder Associates | | 500 Century Plz Dr Ste 190 | | Houston | TX | 77073 | USA |
| Gordon Feinblatt Rothman Hoffberger & Hollander LLC | | The Garrett Building | 233 East Redwoods St | Baltimore | MD | 21202 | USA |
| Green Tree Consulting | | 8 Wyoming St Ste 101 | | Welch | WV | 24801 | USA |
| HLS Surveyors | | PO Box 353 | | Vandalia | OH | 45377 | USA |
| Houston Harbaugh Attorneys at Law | | 401 Liberty Ave 22nd Fl | | Pittsburgh | PA | 15222-1005 | USA |
| Hunton & Williams LLP | | 1751 Pinnacle Dr Ste 1700 | | McLean | VA | 22102 | USA |
| Kenvirons | | 452 Versailles Rd | | Frankfort | KY | 40601 | USA |
| Lando & Anastasi LLP | | One Main St 11th Fl | | Cambridge | MA | 02142 | USA |
| Lecos William D | | 6324 Beachway Dr | | Falls Church | VA | 22044 | USA |
| Loyens & Loeff NV | | Avocats a la Cour | 18 20 rue Edward Steichen | Luxembourg | | L-2540 | Luxembourg |
| Manatt Phelps & Phillips LLP | | 7 Times Square | | New York | NY | 10036 | USA |
| Marvin F Poer & Company | | PO Box 660076 | | Dallas | TX | 75266-0076 | USA |
| Merrill Communications LLC | | One Merrill Cir | | St Paul | MN | 55108 | USA |
| Novita Issue Communications | | PO Box 355 | | New Brunswick | NJ | 08816 | USA |
| Piller Susan J | | 4954 Dumfries Dr | | Houston | TX | 77096 | USA |
| Princeton Public Affairs Group Inc | | 160 West State St | | Trenton | NJ | 08608-1102 | USA |
| Reed Smith LLP | | 3110 Fairview Park | | Falls Church | VA | 22042 | USA |
| REI Consultants | | PO Box 286 | | Beaver | WV | 25813 | USA |
| Richard Sissman | | 600 Jefferson Plz Ste 308 | | Rockville | MD | 20852 | USA |
| RSM McGladrey | | 5155 Paysphere Cir | | Chicago | IL | 60674 | USA |
| Shipley & Horne PA | | 1101 Mercantile Ln Ste 240 | | Largo | MD | 20774 | USA |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Simpson Thacher & Bartlett LLP | | 425 Lexington Ave | | New York | NY | 10017-3954 | USA |
| Spilman Thomas & Battle PLLC | | 300 Kanawha Blvd East | | Charleston | WV | 25321-0273 | USA |
| Stites & Harbison PLLC | | 421 West Main St | | Frankfort | KY | 40602-0634 | USA |
| TaylorMade Engineering | | 1200 Beach Promenade | | Orchard Beach | MD | 21226 | USA |
| Thomas Berger | | 8300 Boone Blvd Ste 250 | | Vienna | VA | 22182 | USA |
| Trenk DiPasquale Webster Della Fera & Sodono | | 347 Mt Pleasant Ave Ste 300 | | West Orange | NJ | 07052-2730 | USA |
| Vanantwerp Monge Jones Edwards & McCann | | 1544 Winchester Ave 5th Fl | | Ashland | KY | 41101 | USA |
| Vukoder William | | 36 Brentwood Rd | | Boothwyn | PA | 19061 | USA |
| White & Case LLP | | 1155 Ave of the Americas | | New York | NY | 10036-2787 | USA |
| Williamsburg Environmental Group Inc | | 5209 Ctr St | | Williamsburg | VA | 23188 | USA |

In re EnviroSolutions of New York, LLC, et al.
Case No. 10-11236 (SMB)

Page 2 of 2

3/11/2010 11:22 PM

# EXHIBIT I

**Exhibit I**
Utility Parties
Served via Overnight Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ACC Business | | 400 West Ave | | Rochester | NY | 14611 |
| Appalachian Power | | PO Box 24413 | | Canton | OH | 44701-4413 |
| Applied Tactics | | 609 CC East Main St Ste 103 | | Purcellville | VA | 20132 |
| AT & T | | 7915 S Emerson Ave Ste 233 | | Indianapolis | IN | 46237 |
| AT & T Mobility | | 17000 Cantrell Rd | | Little Rock | AZ | 72223 |
| Baltimore Gas & Electric | | PO Box 13070 | | Philadelphia | PA | 19101-3070 |
| Baltimore Gas & Electric | | PO Box 1431 | | Baltimore | MD | 21201 |
| Cannonsburg Water | | 1606 Cannonsburg Rd | | Ashland | KY | 41102 |
| Capgemini | | 400 Broadacres Dr 4th Fl | | Bloomfield | NJ | 07003 |
| Citrix Online Audio LLC | | 80 River St 5th Fl | | Hoboken | NJ | 07030 |
| City of Newark Water | | PO Box 538 | | Newark | NJ | 07101-0538 |
| Comcast | | 5801 Metro Dr | | Baltimore | MD | 21215 |
| ConferenceCall com | | PO Box 409573 | | Atlanta | GA | 30384-9573 |
| Dominion Virginia Power | | PO Box 26666 | | Richmond | VA | 23261-6666 |
| Efax Plus Service | J2Global Communications | 6922 Hollywood Blvd Ste 500 | | Hollywood | CA | 90028 |
| Elizabethtown Gas | | PO Box 11811 | | Newark | NJ | 07101-8111 |
| Fairfax Water | | PO Box 71076 | | Charlotte | NC | 28272-1076 |
| Frontier | | PO Box 20550 | | Rochester | NY | 14602-0550 |
| Holtzman Propane | | PO Box 7 | | Mt Jackson | VA | 22842 |
| InterCall | | PO Box 281866 | | Atlanta | GA | 30384-1866 |
| Lanvera Ltd | | 13755 Hutton Ste 100 | | Dallas | TX | 75234 |
| McDowell Co Public Service Dist | | HC31 Box 436J | | Welch | WV | 24801 |
| MCI Comm Service | | 27732 Network Pl | | Chicago | IL | 60673-1277 |
| MegaPath Inc | | 5667 Gibraltar Dr Ste 200 | | Pleasanton | CA | 94588 |
| National Telephone Answering Srvc | | 1720 Hillsborough St Ste 100 | | Raleigh | NC | 27605 |
| New Edge Networks | | Unit 47 PO Box 4800 | | Portland | OR | 97208 |
| NOVEC | | PO Box 2710 | | Manassas | VA | 20108-0875 |
| PAETEC | | 600 Willow Brook Office Park | | Fairport | NY | 14450 |
| PAETEC | | 600 Willowbrook | | Fairport | NY | 14450 |
| PAETEC | | 600 WillowBrook Office Pk | | Fairport | NY | 14450 |
| PC Scale | | 211 East Locust Street/P O Box 98 | | Oxford | PA | 19363 |
| Pepco | | 701 Ninth St N W | | Washington | DC | 20068-0001 |

**Exhibit I**
Utility Parties
Served via Overnight Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| PSE & G | | PO Box 14444 | | New Brunswick | NJ | 08906-4444 |
| Signius | | PO Box 300609 | | Houston | TX | 77230-0609 |
| Sprint | | PO Box 8077 | | London | KY | 40742 |
| Sprint Wireless | | PO Box 8077 | | London | KY | 40742 |
| Valley National Gasses | | PO Box 6378 | | Wheeling | WV | 26003-0615 |
| Verizon | | PO Box 3037 | | Bloomington | IL | 61702 |
| Verizon | | 1500 McCorkle Ave | | Charleston | WV | 25301 |
| Verizon | | PO Box 660720 | | Dallas | TX | 75266 |
| Verizon | | PO Box 6848 | | Trenton | NJ | 08650 |
| Verizon | | PO Box 25505 | | Lehigh | PA | 18002 |
| Verizon | | PO Box 4833 | | Trenton | NJ | 08650-4833 |
| Verizon | | PO Box 152212 | | Irving | TX | 75015 |
| Verizon Business | | 500 Technology Dr Ste 840 | | Weldon Springs | MO | 63304 |
| Verizon Wireless | | 20 Alexander Dr | PO Box 5029 | Wallingford | CT | 06492-2458 |
| Verizon Wireless | | 20 Alexander Dr | PO Box 5029 | Wallingford | CT | 06492 |
| Verizon Wireless | | 20 Alexander Dr | | Wallingford | CT | 06492 |
| Washington Gas | | 6801 Industrial Rd Rm 104 | | Springfield | VA | 22151-4294 |
| Wells Fargo Financial Leasing | | 800 Walnut St | | Des Moines | IA | 50309-3605 |
| Windstream | | PO Box 9001908 | | Louisville | KY | 40290 |
| WSSC | | 14501 Sweitzer Ln | | Laurel | MD | 20707-5902 |
| Xerox | | PO Box 660501 | | Dallas | TX | 75266-0501 |
| Xerox Capital Services LLC | | PO Box 660501 | | Dallas | TX | 75266-0501 |

In re EnviroSolutions of New York, LLC, et al.
Case No. 10-11236 (SMB)

Page 2 of 2

3/11/2010 11:23 PM

# EXHIBIT J

| CREDITOR NAME | CREDITOR NOTICE NAME | FAX NUMBER | TRANSMISSION |
|---|---|---|---|
| Alban Tractor | | 410-686-3729 | Successful |
| Anne Arundel County MD | | 410-222-7624 | Successful |
| Berry Plastics Corporation | | 812-463-7739 | Successful |
| Binder Machinery | | 908-753-1644 | Successful |
| Boyd County Fiscal | | 606-739-5446 | Successful |
| Capitol Fiber | | 410-732-8569 | Successful |
| City of Newark HCF | Abraham Negron | 973-424-4241 | Successful |
| Covanta | | 703-461-3097 | Successful |
| CSX | | 904-279-4025 | Successful |
| D & B | | 512-794-7670 | Failed |
| Drew Hauling | | 773-476-6684 | Successful |
| English Paving | Drew Lillis | 973-928-2501 | Successful |
| FAES Inventory | Fernando Ramirez | 011-349-37-14-31-69 | Failed |
| Fairfax County Disposal | | 703-324-3950 | Failed |
| Federal IPC | | 202-832-7812 | Successful |
| Holtzman | Darren Swartz | 540-477-3094 | Successful |
| Huntington Sanitary Board | | 304-696-5596 | Successful |
| Internal Revenue Service | Centralized Insolvency Operations | 215-516-2015 | Successful |
| Internal Revenue Service | Centralized Insolvency Operations | 215-516-2015 | Successful |
| ISCO Industries LLC | | 502-584-9713 | Successful |
| L V E INC | | 610-837-6999 | Successful |
| Lanvera LTD | | 972-488-6460 | Successful |
| Loudoun County | | 703-327-0649 | Successful |
| McDowell Cty Econ Devel Solid Waste Author | Ms Patricia Blevins | 304-436-2054 | Successful |
| McDowell Cty Econ Devel Solid Waste Author | | 304-436-6041 | Successful |
| Montgomery Cnty | div solid waste | 240-777-6466 | Successful |
| Mr Martin deferred comp | Mr Harold Martin | 201-344-0265 | Failed |
| Northeast Environmental Transportation | | 570-459-2302 | Successful |
| Office of the United States Trustee | | 212-668-2255 | Successful |
| Office of US Attorney SDNY | Preet Bharara | 212-637-2685 | Successful |
| Office of US Attorney SDNY | | 212-637-2684 | Successful |
| Office of US Attorney SDNY | | 914-993-9036 | Successful |
| PCFA OF Warren County | | 908-453-4241 | Successful |
| PNC PCard | Sandie De Long | 412-762-9157 | Successful |
| Potomac Mack | | 301-864-4558 | Successful |
| Prince William | | 703-792-4673 | Successful |
| PSE & G | | 973-824-7056 | Failed |
| Recycle 1 | | 301-779-3172 | Successful |
| Rodgers Brothers | Lorraine | 202-269-4308 | Successful |
| Rumpke | | 513-742-2900 | Failed |
| Samaha | | 703-691-3316 | Successful |
| SEC | | 703-813-6965 | Successful |
| Secretary of State | Division of Corporations | 518-474-1418 | Successful |
| Secretary of State | | 212-417-2383 | Successful |
| Shoosmith | | 804-778-4521 | Successful |
| Simpson Thacher & Bartlett LLP | Sandeep Qusba Morris Massel | 212-455-2502 | Successful |
| Simpson Thacher & Bartlett LLP | Sandy Qusba Morris Massel | 212-455-2502 | Successful |
| SSI Shredding System | | 503-682-1704 | Successful |

| CREDITOR NAME | CREDITOR NOTICE NAME | FAX NUMBER | TRANSMISSION |
|---|---|---|---|
| US Bank National Association | EP-MN-WS3C | 612-303-0782 | Successful |
| Wilkosz LLC | | 804-834-5051 | Failed |
| William A Hazel Inc | | 703-378-8339 | Successful |
| Willkie Farr & Gallagher LLP | John Longmire Shaunna Jones | 212-728-8111 | Successful |
| Wills Trucking Company | | 330-659-3923 | Successful |
| Woodford Oil | | 304-636-4351 | Successful |
| Wyatt Tarrant & Combs LLP | John B Brice | 859-259-0649 | Successful |

# EXHIBIT K

| CREDITOR NAME | FAX NUMBER | TRANSMISSION |
|---|---|---|
| BANK OF AMERICA | 214-530-2918 | SUCCESSFUL |
| BANK OF AMERICA | 214-530-2921 | SUCCESSFUL |
| FIRST NATIONAL BANK | 606-474-6626 | SUCCESSFUL |