John C. Longmire
(A Member of the Firm)
Shaunna D. Jones
Jennifer J. Hardy
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Counsel for Debtors and Debtors In Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re                                           :    Chapter 11
                                                :
EnviroSolutions of New York, LLC, et al.,[1]    :    Case No. 10-11236 (SMB)
                                                :
                        Debtors.                :    Jointly Administered
--------------------------------------------------------x

**NOTICE OF FILING OF: (A) REVISED JOINT PLAN OF REORGANIZATION FOR
ENVIROSOLUTIONS OF NEW YORK, LLC AND ITS AFFILIATED DEBTORS;
(B) RELATED DISCLOSURE STATEMENT; AND (C) REVISED PROPOSED
ORDER APPROVING DISCLOSURE STATEMENT AND RELATED PROCEDURES**

            PLEASE TAKE NOTICE that on the date hereof, the debtors and debtors in

possession in the above-captioned cases (collectively, the "**Debtors**") filed their: (a) revised Joint

Plan of Reorganization for EnviroSolutions of New York, LLC and its Affiliated Debtors (as

may be amended, the "**Plan**"); (b) Disclosure Statement with Respect to the Joint Plan of

Reorganization for EnviroSolutions of New York, LLC and its Affiliated Debtors (as may be

---

[1]    The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) 9304
       D'Arcy, LLC (9577); (ii) Advanced Enterprises Recycling, Inc. (9105); (iii) Ameriwaste, LLC (6130);
       (iv) Ashland Investments, LLC (7823); (v) Big Run Coal and Clay Company, Inc. (3540); (vi) BR Landfill,
       LLC (9154); (vii) BR Property Holdings, Inc. (2700); (viii) Capels Landfill, LLC (8598); (ix) Curtis Creek
       Recovery Systems, Inc. (9429); (x) Doremus Ave Recycling and Transfer, LLC (3439); (xi)
       EnviroSolutions Holdings, Inc. (4890); (xii) EnviroSolutions Leasing, LLC (8801); (xiii) EnviroSolutions
       Logistics, LLC (9595); (xiv) EnviroSolutions of New York, LLC (7737); (xv) EnviroSolutions Real
       Property Holdings, Inc. (9014); (xvi) EnviroSolutions, Inc. (8726); (xvii) ETW, LLC (0832); (xviii)
       Furnace Associates, Inc. (3247); (xix) Potomac Disposal Services of Virginia, LLC (9877); (xx) Potomac
       Disposal Services of Virginia Real Property Holdings, LLC (7998); (xxi) River Cities Disposal, LLC
       (3920); (xxii) Solid Waste Transfer and Recycling, Inc. (6151); and (xxiii) STI Roll-Off, LLC (7081).  The
       Debtors' executive headquarters' address is 11220 Asset Loop, Suite 201, Manassas, VA, 20109.

amended, the "**Disclosure Statement**"); and (c) revised proposed order approving the Disclosure

Statement and related solicitation procedures (the "**Disclosure Statement Order**").

PLEASE TAKE FURTHER NOTICE that clean copies of the Plan, Disclosure

Statement and the Disclosure Statement Order are annexed hereto as Exhibits A, B and C,

respectively.

PLEASE TAKE FURTHER NOTICE that annexed hereto as Exhibits D, E and F,

respectively, are **blacklined** copies (excluding exhibits) of: (a) the Plan, showing changes to the

version of the Plan that was filed with the Court on March 11, 2010; (b) the Disclosure

Statement, showing changes to the version of the Disclosure Statement that was filed with the

Court on March 11, 2010; and (c) the Disclosure Statement Order, showing changes to the

version of the Disclosure Statement Order that was filed with the Court on March 11, 2010.

Dated: May 3, 2010

WILLKIE FARR & GALLAGHER LLP
Counsel for Debtors and Debtors in Possession


By: /s/ John C. Longmire
    John C. Longmire


787 Seventh Avenue
New York, New York  10019
(212) 728-8000